IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02815-REB-CBS

RUDOLPH MATHEW [sic] CANDELARIA,
    Applicant,
v.

HOYT BRILL, Warden of Kit Carson Correctional Center, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.
_____

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS
_____

Magistrate Judge Craig B. Shaffer

This civil action is before the court on Mr. Candelaria's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (filed December 2, 2009) (doc. # 3).  Pursuant to the Order of Reference dated February 4, 2010 (doc. # 17), this civil action was referred to the Magistrate Judge to "[h]ear and determine pretrial matters, as referred" and "[p]rovide a report and recommendation with regard to the petition."  After reviewing the Petition and Respondents' Answer (filed February 16, 2010) (doc. # 19), the court determines that the state court record would assist the court in resolving this matter.  Accordingly, pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts, IT IS ORDERED that:

    1.    The Clerk of the Court for the La Plata County District Court, as the lawful custodian of the records, shall forward all records and transcripts of the state court proceedings in **People v. Candelaria**, La Plata County District Court **Case No. 05CR26**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver, Colorado, 80294-3589 **on or**

**before March 31, 2010**.

      2.     The Clerk of the Court for the United States District Court for the District of Colorado shall deliver a copy of this Order to:

>Clerk of the Court, La Plata County District Court
>La Plata County Courthouse
>1060 E. 2nd Ave.
>Durango CO. 81301

DATED at Denver, Colorado, this 16th day of February, 2010.

                BY THE COURT:

                s/ Craig B. Shaffer
                United States Magistrate Judge